particular loans should not be made. The order should therefore be affirmed, with $10 costs and disbursements.

BERTSCH, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by George Bertsch against the Metropolitan Street Railway Company. No opinion. Motion denied.

BLOOMINGDALE, Respondent, v. LUCHOW et al., Appellants. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Lyman G. Bloomingdale against August Luchow and another. No opinion. Order affirmed, with costs to each of the respondents appearing on this appeal.

In re BOARD OF RAPID TRANSIT COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) In the matter of the application of the board of rapid transit commissioners for the city of New York for the appointment of commissioners, etc. No opinion. Fees of commissioners fixed at $1,000 each.

BOUGHTON v. PETIGNY et al. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Henry L. Boughton against Edmund C. Petigny and another. No opinion. Motion denied.

BOYLE & EVARTS CO. v. FOX et al. (Supreme Court, Appellate Division, First Department. March 14, 1902.) Action by the Boyle & Evarts Company against John D. Fox and another. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

BREED et al., Appellants, v. RUOFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by William C. Breed and Clifford W. Hartridge, as receivers of the New York National Building & Loan Association against Leonard Ruoff, Sr., and Francis Ruoff. No opinion. Interlocutory judgment affirmed, with costs.

BREESE et al., Appellants, v. GRAVES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by Sidney B. Breese and another against Maurice A. Graves and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re BREZ. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) In the matter of the appraisal, etc., of the property of John D. Brez, deceased. No opinion. Order of surrogate's court of Kings county affirmed, with $10 costs and disbursements.

BUTLER, Respondent, v. HAWLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Alice H. Butler against William H. Hawley and another. No opinion. Order affirmed, with $10 costs and disbursements.

CARTER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Robert Carter against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

CENTRAL BANK OF ROCHESTER, Appellant, v. KIMBALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by the Central Bank of Rochester against Laura M. Kimball and another. No opinion. Order affirmed, with $10 costs and disbursements.

CENTRAL TRUST CO. OF NEW YORK, Respondent, v. NEW YORK & W. WATER CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by the Central Trust Company of New York against the New York & Westchester Water Company and others. No opinion. Order affirmed by default, with $10 costs and disbursements.

CHAMBERLAIN, Appellant, v. CUMING, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Mary L. Chamberlain, as trustee, etc., against Mari A. Cuming. No opinion. Motion denied.

In re CHASE. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) In the matter of the judicial settlement of the estate of Philip Chase, deceased. No opinion. Decree of surrogate's court affirmed, with costs against the appellant personally.

CITY OF BUFFALO v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by the city of Buffalo against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for reargument denied, with $10 costs.

CITY OF ROCHESTER, Respondent, v. ROCHESTER BILL POSTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by the city of Rochester against the Rochester Bill Posting Company. No opinion. Judgment affirmed, with costs.

CLARK et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by William P. Clark and another against the Erie Railroad Company. No opinion. Judgment and order affirmed, without costs of this appeal to either party.

CLARK, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Isaac

C. Clark against John W. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Appellant, v. STANDARD OIL CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Charles B. Clark against the Standard Oil Company of New York. No opinion. Judgment affirmed, with costs.

CLARKE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Thomas J. Clarke against the city of New York. No opinion. Motion granted, with $10 costs.

COHEN, Respondent, v. THOMSON-HOUSTON INTERNATIONAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Charles Cohen against the Thomson-Houston International Electric Company. No opinion. Judgment and order affirmed, with costs.

COLVIN v. SHAW et al. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Alice M. Colvin against Sophia Shaw and another. No opinion. Motion granted, without costs to either party.

COOLMAN, Appellant, v. BERG et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Charles Coolman against Henry Berg and another, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

CORNISH v. BUTLER. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Harry S. Cornish against Edward H. Butler. From an order denying defendant's application for a change of venue, he appeals. Affirmed. John Laughlin, for appellant. John M. Stearns, for respondent.

INGRAHAM, J. For the reasons stated in Rogers v. Butler (decided herewith) 75 N. Y. Supp. 536, the order appealed from should be reversed, with $10 costs and disbursements, and the motion granted. All concur.

CORR, Appellant, v. SUN PRINTING & PUBLISHING ASS'N, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Kate Corr against the Sun Printing & Publishing Association. No opinion. Interlocutory judgment affirmed, with costs. All concur, except BARTLETT, J., taking no part.

COUNTRY CLUB LAND ASS'N v. LOHBAUER et al. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Action by the Country Club Land Association against Frederick Lohbauer and another.

PER CURIAM. Motion granted, unless defendant stipulates to consent to the withdrawal of the plaintiff's appeal to the court of appeals, and pays $10 costs, and also the costs of appeal which had accrued to the plaintiff, and any disbursements which it had made at the time of the entry of the order amending the order of reversal.

CUDLIP, Respondent, v. NEW YORK EVENING JOURNAL, Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Ellen R. Cudlip against the New York Evening Journal. B. F. Einstein, for appellant. T. P. Wickes, for respondent. No opinion. Judgment and order affirmed, with costs.

CUDLIP v. NEW YORK EVENING JOURNAL PUB. CO. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Action by Ellen B. Cudlip against the New York Evening Journal Publishing Company. No opinion. Motion for leave to go to the court of appeals denied.

In re CULLINAN. In re SCHEPPER et al. (Supreme Court, Appellate Division, First Department. February 21, 1902.) In the matter of Patrick W. Cullinan, and in the matter of Schepper & Dick. No opinion. Motion denied, with $10 costs.

CUTTING et al., Appellants, v. BALTIMORE & O. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Robert L. Cutting and another against the Baltimore & Ohio Railroad Company, and others. No opinion. Motion denied.

DALE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Chalmers Dale, as trustee of Carrie R. Dale, against the city of New York. Judgment overruling defendant's demurrer to the complaint, and defendant appeals. Affirmed. David Rumsey, for appellant. Truman H. Baldwin, for respondent.

PER CURIAM. For the reasons assigned in the opinion in the case of Dale v. City of New York (decided herewith) 75 N. Y. Supp. 576, the interlocutory judgment should be affirmed, with costs, and with leave to defendant to withdraw demurrer, and answer, upon payment of the costs of the appeal and of the demurrer.

VAN BRUNT, P. J. I dissent. I am of the opinion that proceedings were necessary to vacate the assessment and that no right of action existed until such proceedings resulted in a final order. No demand having been made after the proceedings which were taken had resulted in such final order, no right of action had accrued.

DENNISON, Appellant, v. WILCOX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by George Dennison, as, etc., against Joseph H. Wilcox and another. No opinion. Judgment affirmed, with costs.